Submitted on record and briefs June 16, reversed September 10, 1997

In the Matter of Lyubov Rozmaiota,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## LYUBOV ROZMAIOTA,
*Appellant.*

(9607-67929; CA A94262)

945 P2d 96

Robert P. Neale filed the brief for appellant.

Hardy Myers, Attorney General, Virginia L. Linder, Solicitor General, and Robert E. Sabido, Assistant Attorney General, filed the brief for respondent.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

## PER CURIAM

Appellant appeals from a judgment committing her to the jurisdiction of the mental health division. The state concedes that the finding that appellant is unable to provide for her basic needs was not supported by clear and convincing evidence as required under ORS 426.130. We have reviewed the record and agree.

Reversed.